IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVIA MEDINA, | CIVIL ACTION NO. 2:25-cv-558 |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE MAUREEN P. KELLY |
| PORT AUTHORITY OF ALLEGHENY COUNTY, d/b/a PITTSBURGH REGIONAL TRANSIT, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, and CHARLES REEVES, | Re: ECF No. 3 |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this *14th* day of *November*, 2025, upon consideration of Defendant's Response to Plaintiff's Motion to Preserve Evidence, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is DENIED. *Defendants represent in Paragraph 8 of their response that they have preserved substantial information relative to this case.*

BY THE COURT:

*Maureen P. Kelly*, J.

{W0328692.1}